GLENN E. SOLOMON (State Bar No. 155674)
E-Mail: gsolomon@health-law.com
PETER J. BRACHMAN (State Bar No. 248805)
E-Mail: szimmitti@health-law.com
**HOOPER, LUNDY & BOOKMAN, P.C.**
1875 Century Park East, Suite 1600
Los Angeles, California 90067-2517
Telephone: (310) 551-8111
Facsimile: (310) 551-8181

Attorneys for Plaintiff, VENTURA SURGERY CENTER, INC.

JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

VENTURA SURGERY CENTER, INC., a California corporation,

Plaintiff,

vs.

CIGNA HEALTHCARE OF CALIFORNIA, INC., a California corporation;, and DOES 1-10, inclusive,

Defendants.

CASE NO. CV-12-03364 JAK (CWx)

**ORDER**

Hon. John Kronstadt, Courtroom 750-7th Floor

HOOPER, LUNDY & BOOKMAN, P.C.
1875 CENTURY PARK EAST, SUITE 1600
LOS ANGELES, CALIFORNIA 90067-2517
TEL: (310) 551-8111 • FAX: (310) 551-8181

HOOPER, LUNDY & BOOKMAN, P.C.
1875 CENTURY PARK EAST, SUITE 1600
LOS ANGELES, CALIFORNIA 90067-2517
TEL: (310) 551-8111 • FAX: (310) 551-8181

**ORDER**

On August 7, 2012, the parties to this above-referenced action filed their Stipulation to Remand Action to State Court. The Court, having reviewed the stipulation and good cause appearing, orders as follows:

1. The parties' stipulation is approved.

2. This action is hereby remanded to Ventura County Superior Court, 800 South Victoria Avenue, Ventura, California 93006-6489; Case No. 56-2012-00413890-CU-CO-VTA, without prejudice to any rights Defendants may have to file another Notice of Removal if Defendants contend that future pleadings present a basis for federal jurisdiction or otherwise assert federal preemption.

3. Each party shall bear its own attorneys' fees and costs with respect to the removal and subsequent remand of this action.

DATED: August 8, 2012

By:______________________________
Hon. John Kronstadt